AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| GUADALUPE I. MORAN | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: B-99-007 |
| JORGE ALBERTO GONZALEZ AND U. S. BORDER PATROL | |

United States District Court
Southern District of Texas
FILED

JAN 27 1999

Michael N. Milby
Clerk of Court

TO: (Name and address of defendant)

U. S. Border Patrol
7701 N. Stemmons Freeway, 8th Floor
Dallas, Texas 75247

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY                                January 13, 1999
CLERK                                           DATE

_Irma A. Soto_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil A...

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                              Signature of Server

---

**US Postal Service Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

P 095 365 999

Sent to: U.S. Border Patrol
Street & Number: 7701 N. Stemmons Freeway, 8th Floor
Post Office, State, & ZIP Code: Dallas, Texas 75247

| Postage | $ .55 |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | 2.75 |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 3.30 |
| Postmark or Date | 1-13-99 |

PS Form 3800, April 1995

Re: Guadalupe J. Moran

☒ Certified
☐ Insured
☐ COD

Thank you for using Return Receipt Service.

6. Signature: (Addressee or Agent) Rachel Dijon

PS Form 3811, December 1994    102595-98-B-0229    Domestic Return Receipt