AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JAN 27 1999

Michael N. Milby
Clerk of Court

GUADALUPE I. MORAN

V.

JORGE ALBERTO GONZALEZ
AND U. S. BORDER PATROL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: B-99-007

TO: (Name and address of defendant)

JORGE ALBERTO GONZALEZ
P. O. Box 1067
Rio Hondo, Texas 78583

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within ~~20~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY
CLERK

January 13, 1999
DATE

*Irma A. Soto*
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil A

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
            Date                    Signature of Server

                                    _____
                                    Address of Server

United States District Court
Southern District of Texas
RECEIVED

JAN 27 1999

Michael N. Milby, Clerk of Court

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.