**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

JUL 2 3 1999

Michael N. Milby
Clerk of Court

**GUADALUPE I. MORAN**

**V.**                                                          **CASE NUMBER: B-99-007**

**JORGE ALBERTO GONZALEZ**
**AND**
**U.S. BORDER PATROL**

## MOTION FOR DEFAULT

NOW COMES Plaintiff, GUADALUPE I. MORAN, and moves that the Clerk for entry

of a Default Judgment against defendants JORGE ALBERTO GONZALEZ and U.S. BORDER

PATROL for failure to serve any paper on the undersigned or file any paper as required by law,

despite property service of process upon both defendants.  In support hereof, Plaintiff

GUADALUPE I. MORAN would show unto this honorable Court as follows:

**I.**

The claims of Plaintiff are liquidated damages resulting from an automobile accident

wherein the parties which occurred on or about January 26, 1998.  Plaintiff submitted her Claim

for Damage, Injury, or Death, Standard Form 95, Prescribed by the Department of Justice, dated

March 26, 1998, and received by certified mail, return receipt requested on or about April 20,

1999.  A copy of said Form 95 and the signed return receipt is attached hereto, marked Exhibit

A, and incorporated fully by reference herein.  As indicated on the Form 95, the property damage

is in the liquidated amount of $5,007.24 and the personal injury is in the liquidated amount of

$30,000.00; for a total damage amount of $35,007.24.

## II.

Attached hereto is the affidavit of Plaintiff, GUADALUPE I. MORAN, in support of this motion for default and attesting to the total damages in the amount of $35,007.24.

## III.

Defendants JORGE ALBERTO GONZALEZ and U.S. BORDER PATROL have defaulted and are neither infants or incompetent persons.

Wherefore, premises considered, Plaintiff prays that the clerk enter judgment in the amount of $35,007.24, plus court costs, against defendants, JORGE ALBERTO GONZALEZ and U.S. BORDER PATROL, jointly and severally, and for such further relief to which Plaintiff may be justly entitled.

**Respectfully submitted,**

**LAW OFFICES OF**
**RICHARD J. W. NUNEZ, L.L.P.C.**
**144 E. Price Road**
**Brownsville, Texas 78520**
**956/541-8502 (Tel.)**
**956/541-8623 (Fax)**

**By:_____**
    **Richard J. W. Nunez**
    **State Bar No. 15134600**
    **Attorney for Plaintiff**

**THE STATE OF TEXAS**

**COUNTY OF CAMERON**

## AFFIDAVIT OF GUADALUPE I. MORAN
## IN SUPPORT OF MOTION FOR DEFAULT

BEFORE ME, the undersigned authority, on this day personally  appeared
GUADALUPE I. MORAN,  known to me to be the person whose name is subscribed to this
affidavit, and after being duly sworn and deposed stated as follows:

"My name is GUADALUPE I. MORAN.  I alm the plaintiff in Case Number B-99-007,
pending in the United States District Court for the Southern District of Texas, Brownsville
Division.

"I have read the above and foregoing Motion for Default and can say, based upon
personal knowledge can state that every factual representation therein stated is true and correct. I
can further attest that the amount of damages sustained by me as a result of the vehicular accident
with the defendants is the amount of $35,007.24, as specified on Form 95, attached hereto and
incorporated fully herein by reference.

"Further affiant sayeth not."

EXECUTED: July 23, 1999.

_____
GUADALUPE I. MORAN


SWORN TO AND SUBSCRIBED before me on July 23, 1999.



RICHARD J. W. NUNEZ
Notary Public, State of Texas
My Commission Expires Aug. 21, 2000

_____
NOTARY PUBLIC - STATE OF TEXAS
Commission expires:

P 095 365 925

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| Sent to US Border Patrol | |
|---|---|
| Street & Number 2301 S. Main St | |
| Post Office, State, & ZIP Code Mcallen, Tx 78503 | |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date   4 - 16 -98 | |

PS Form 3800, April 1995

UNITED STATES POSTAL SERVICE

MCALLEN TX 785
PM
20 APR
1998

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Print your name, address, and ZIP Code in this box ●

Richard J. W. Nunez
144 E. Price Road
Brownsville, TX    785'03

Lupi

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

| 3. Article Addressed to: | 4a. Article Number |
| --- | --- |
| U.S. Border Patrol<br>2301 S. Main St.<br>McAllen, TX 78503 | P095 365 925 |
| | 4b. Service Type |
| | ☐ Registered          ☐ Certified |
| | ☐ Express Mail        ☐ Insured |
| | ☐ Return Receipt for Merchandise   ☐ COD |
| | 7. Date of Delivery |
| 5. Received By: *(Print Name)* | 8. Addressee's Address *(Only if requested and fee is paid)* |
| 6. Signature: *(Addressee or Agent)*<br>X M. Espinoza | |

Thank you for using Return Receipt Service.

PS Form **3811**, December 1994    102595-97-B-0179    **Domestic Return Receipt**

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 4-30-94 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| U. S. BORDER PARTROL<br><br>835 N. Expressway<br>Brownsville, Texas 78520 | Guadalupe I. Moran        Richard J. W Nunc<br>7351 Abelardo Rd.        144 E. Price Rd.<br>Olmito, Texas 78575      Brownsville, Tx<br>                                       78521 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH<br>1-14-56 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>January 26, 1998 (Monday) | 7. TIME (A.M. OR P.M.)<br>6:00 a.m. |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

See the attached Texas Peace Officer's Report.  Said accident forms the basis of this claim.  Richard J. W. Nunez suffered property damage to the 1995 Pontiac Transport Van and Guadalupe I. Moran suffered injury to her neck and back as a result of the accident.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

Richard J. W. Nunez, 144 E. Price Road, Brownsville, Texas 78521

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

The vehicle was repaired by Luke Fruia Motors.  A copy of the repair bill is attached.

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

I have suffered injuries to my neck and back.  The extent of my injuries are unknown.  I continue under the care of Dr. Nancy Zimmerman, D.C.

| 11. | WITNESSES |
|---|---|
| **NAME** | **ADDRESS** (Number, street, city, State, and Zip Code) |
| Guadalupe I. Moran | c/o 144 E. Price Rd., Brownsville, Texas 78521 |
| Richard J. W. Nunez | c/o 144 E. Price Rd., Brownsville, Texas 78521 |
| Jose Alvarado | Unknown |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| $5,007.24 | $30,000.00 | | $35,007.24 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory<br>956/541-8502 | 14. DATE OF CLAIM<br>3-26-98 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

| 95-109<br>Previous editions not usable. | NSN 7540-00-634-4046 | STANDARD FORM 95 (Rev. 7-85)<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|


  

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS MADE

P.O. Box 3230 • 2645 Barnard Rd. • P.O. Box 3230 • Phone (956) 541-3141 • Fax (956) 548-6492
**BROWNSVILLE, TEXAS 78523-3230**

X
Signature of Person Responsible or Agent for Person Responsible

| CUSTOMER NO | | ADVISOR | | TAG NO. | | INVOICE DATE | | INVOICE NO |
|---|---|---|---|---|---|---|---|---|
| 2794 | | FLORESTELLA HERNAN 58 | | 4125 | | 02/20/98 | | PNCB16086 |
| | | LABOR RATE | LICENSE NO | MILEAGE | | COLOR | | STOCK NO |
| RICHARD LAW O NUNEZ | | | | 72825 | | | | |
| 144 E PRICE RD | | YEAR / MAKE / MODEL | | | | DELIVERY DATE | | DELIVERY MILES |
| | | 95/PONTIAC/TRANS PO | | | | 08/31/95 | | 14 |
| BROWNSVILLE, TX 78521 | | VEHICLE I.D. NO. | | | | SELLING DEALER NO | | PRODUCTION DATE |
| | | 1GMDU0614ST244125 | | | | | | |
| | | F.T.E.NO | | P.O. NO | | R.O. DATE | | |
| | | | | | | 02/05/98 | | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | | | |
| 550-8380 | 541-8502 | | | | | | | |

LABOR & PARTS
J# 1 96PNZ    BODY REPAIR    UNITS: 22.60 TECH(S):31    678.00
FRT END COLLISION DAMAGE
REPAIRED AS NEEDED. REPLACED FRT BUMPER COVER, IMPACT BAR
ABSORBERS, DEFLECTORS, HOOD PANEL, GRILL, RT HDLP, MTG PNL
RT FENDER. RT BAFFLE, REPAIRED RAD SUPPORT FRT BAFFLE
LF FENDER REPLACED BOTH FRT WHEEL COVERS RT FRT WHEEL
SEE ESTIMATE FOR DETAILS

| PARTS | QTY | FP NUMBER | DESCRIPTION | UNIT PRICE | |
|---|---|---|---|---|---|
| JOB # 1 | 1 | 10087095 | BRACE-FRT 7.831 | 5.81 | 5.81 |
| JOB # 1 | 1 | 10222830 | BAFFLE-RA 1.372 | 7.31 | 7.31 |
| JOB # 1 | 2 | 10220321 | RETAINER- 7.831 | 1.00 | 2.00 |
| JOB # 1 | 1 | 16520338 | ABSORBER 7.840 | 65.48 | 65.48 |
| JOB # 1 | 1 | 10219552 | GRILLE-RA 1.266 | 11.17 | 11.17 |
| JOB # 1 | 1 | 10224482 | BRACKET-F 7.800 | 12.04 | 12.04 |
| JOB # 1 | 1 | 10220297 | BAR-FRT B 7.831 | 194.39 | 194.39 |
| JOB # 1 | 1 | 10284404 | HOOD 8.080 | 430.86 | 430.86 |
| JOB # 1 | 1 | 10051008 | PLATE 8.080 | 17.62 | 17.62 |
| JOB # 1 | 1 | 10168183 | PLATE ASM 8.055 | 6.86 | 6.86 |
| JOB # 1 | 1 | 10255793 | FENDER AS 8.130 | 191.38 | 191.38 |
| JOB # 1 | 1 | 10216126 | LINER-FRT 8.153 | 19.49 | 19.49 |
| JOB # 1 | 1 | 16519272 | HEADLAMP 2.725 | 224.45 | 224.45 |
| JOB # 1 | 1 | 10227792 | BRACKET A 2.726 | 11.52 | 11.52 |
| JOB # 1 | 1 | 10227793 | BRACKET A 2.726 | 11.52 | 11.52 |
| JOB # 1 | 1 | 5977112 | LAMP ASM 2.575 | 40.33 | 40.33 |
| JOB # 1 | 1 | 5977111 | LAMP ASM 2.575 | 40.83 | 40.83 |
| JOB # 1 | 1 | 5977499 | LAMP ASM 2.725 | 124.25 | 124.25 |
| JOB # 1 | 2 | 10154223 | COVER ASM 5.858 | 43.34 | 86.68 |
| JOB # 1 | 3 | 10190807 | CAP-WHL N 5.813 | 1.35 | 6.75 |
| JOB # 1 | 2 | 21077131 | RETAINER- 7.940 | 0.37 | 0.37 |
| JOB # 1 | 1 | 10187595 | LATCH ASM 8.141 | 21.04 | 2.61 |
| JOB # 1 | 1 | 10144697 | BRACKET-F 8.141 | 8.22 | 21.04 |
| JOB # 1 | 1 | 10262299 | BRACKET A 8.141 | 5.41 | 16.44 |
| JOB # 1 | 1 | 10261519 | BRACKET-F 8.141 | 5.41 | 5.41 |
| JOB # 1 | 1 | 10253758 | BRACKET A 8.141 | 4.06 | 5.41 |
| JOB # 1 | 1 | 10253757 | BRACKET A 8.141 | 4.06 | 4.06 |
| JOB # 1 | 1 | 10182469 | PANEL ASM 1.270 | 16.93 | 4.06 |
| JOB # 1 | 1 | 20314889 | EXT ASM 1.270 | 19.24 | 16.93 |
| JOB # 1 | 1 | 10262925 | EXTENSION 8.153 | 34.82 | 19.24 |
| JOB # 1 | 10 | 14002811 | NUT 12.015 | 1.75 | 34.82 |
| JOB # 1 | 1 | 6914 | COVER | 17.50 | 17.50 |
| JOB # 1 | 1 | 16519271 | HEADLAMP 2.725 | 115.31 | 115.31 |
| JOB # 1 | 1 | 10456328 | HORN 2.810 | 224.45 | 224.45 |
| JOB # 1 | 1 | 12116958 | CONNECTOR 2.535 | 53.69 | 53.69 |
| JOB # 1 | 1 | 10273199 | PANEL ASM 1.263 | 23.20 | 23.20 |
| JOB # 1 | 1 | 14080255 | TANK ASM 3.886 | 94.94 | 94.94 |
| JOB # 1 | 1 | 3157NA | MIN LAMP | 9.40 | 9.40 |
| JOB # 1 | 1 | 560-1 | WHEEL | 3.71 | 3.71 |
| JOB # 1 | 1 | 10233234 | EMBLEM-HO 8.055 | 56.25 | 56.25 |
| JOB # 1 | 1 | 10216125 | LINER-FRT 8.153 | 10.87 | 10.87 |
| JOB # 1 | 1 | P20570R15 | P20570R1 TIRE/MOUN | 19.49 | 19.49 |
| JOB # 1 | 3 | 9441923 | BULB-SIDE 8.991 | 109.99 | 109.99 |
| JOB # 1 | 7 | 25535427 | RETAINER- 1.269 | 0.00 | 2.40 |
| | | | | 0.52 | 3.64 |

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

This invoice is the 2nd part of the original service requested. Necessary parts and/or labor are listed for each service requested. Should questions arise, they can best be answered by our service advisor that waited on you. Thank you for your confidence in allowing us to service your car. All non GM parts and labor warranted for 90 days or 4,000 miles. All GM parts are warranted by Goodwrench 12 months or 12,000 miles.

Luke Fruia Motors
Service Department






# FRUIA MOTORS

P. O. Box 3230 • 2645 Barnard Rd. • P.O. Box 3230 • Phone (956) 541-3141 • Fax (956) 548-6492
**BROWNSVILLE, TEXAS 78523-3230**

TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE • hereby authorize the repair work here-under set forth to be done and with the necessary materials and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipment by the supplier or transporter. I hereby grant you and/or employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above car or truck to secure the amount of repairs thereto.

Notice Pursuant to §70.001  Texas Property Code

I am the person or agent acting on behalf of the person who is obligated to pay for the repair of the motor vehicle subject to repair contract. I understand that this vehicle is subject to repossession in accordance with §70 Texas Business and Commerce Code. If a written order for payment by maker on the vehicle is dropped, abandoned because of insufficient funds or funds honorues the drawer or maker of the order has no account on which it is drawn has been closed.

X _____
Signature of Person Responsible or Agent for Person Responsible

| CUSTOMER NO. | | ADVISOR | | TAG NO. | | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|---|
| 2794 | | FLORESTELLA HERNAN 58 | | 4125 | | 02/20/98 | | PNCB16086 |
| | | LABOR RATE | LICENSE NO. | MILEAGE | | COLOR | | STOCK NO. |
| RICHARD LAW O NUNEZ | | | | 72825 | | / | | |
| 144 E PRICE RD | | YEAR / MAKE / MODEL | | | | DELIVERY DATE | | DELIVERY MILES |
| | | 86/PONTIAC/TRANS PO | | | | 08/31/95 | | 14 |
| | | VEHICLE I.D. NO. | | | | SELLING DEALER NO. | | PRODUCTION DATE |
| BROWNSVILLE, TX 78621 | | 1GMDUO614ST244125 | | | | | | |
| | | F.E.T. NO. | | P.O. NO. | | R/O DATE | | |
| | | | | | | 02/05/98 | | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | | | |
| 550-8380 | 541-8502 | | | | | | | |

|  |  |  |  |
|---|---|---|---|
| | JOB # 1 TOTAL PARTS | | 2386.10 |
| | JOB # 1 TOTAL LABOR & PARTS | | 3064.10 |

J# 2 95PNZ     BODY REFINISH     UNITS: 21.40 TECH(S):102 222     642.00
PAINT DAMAGED AREAS
FRT BUMPER COVER, RT FENDER. HOOD PANEL,
LF FENDER, RADIATOR SUPPORT RT BAFFLE AREA
SLIDING DOOR MLDG, QTR PNL MLDG AND REAR BUMPER

PARTS----QTY--FP-NUMBER------------DESCRIPTION------------------UNIT PRICE----
                                         JOB # 2 TOTAL PARTS              0.00

                                   JOB # 2 TOTAL LABOR & PARTS          642.00

J# 3+96PNZ01     GENERAL BODY REPAIR  UNITS:     TECH(S):31           140.00
STRUCTURAL RE-ALIGNMNET
PULLED TO ALIGN FRT INNER STRUCTURE

PARTS----QTY--FP-NUMBER------------DESCRIPTION------------------UNIT PRICE----
                                         JOB # 3 TOTAL PARTS              0.00

                                   JOB # 3 TOTAL LABOR & PARTS          140.00

J# 4+98PNZ     BODY MECHANICAL     UNITS: 1.30 TECH(S):13             65.00
FRT END ALIGNMENT
DONE

PARTS----QTY--FP-NUMBER------------DESCRIPTION------------------UNIT PRICE----
                                         JOB # 4 TOTAL PARTS              0.00

                                   JOB # 4 TOTAL LABOR & PARTS           65.00

SUBLET----POP----VEND IMM--INV. DATE-DESCRIPTION
JOB # 1   4387   1826   02/05/98 TOW IN VEHICLE                       275.43
                                         TOTAL - SUBLET               275.43

G.O.G. & SUPPLIES---------------------------------------
JOB # 2   1.0 PAINT AND MATERIALS   $   275.000 /UNIT                 275.00
                                         TOTAL - GOG                  275.00

MISC----CODE------DESCRIPTION-------------------------CONTROL NO.----
JOB # A      BHW  BODY SHOP HAZARDOUS WASTE REMOVAL                     5.00
                                         TOTAL - MISC                   5.00

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items

This invoice is the 2nd part of the original service requested. Necessary parts and/or labor are listed for each service requested Should questions arise, they can best be answered by our service advisor that waited on you Thank you for your confidence in allowing us to service your car All non GM parts and labor warranted for 90 days or 4,000 miles All GM parts are warranted by Goodwrench 12 months or 12,000 miles

**Luke Fruia Motors**
**Service Department**

Copyright © 1986 The Reynolds and Reynolds Company   FRM1 (REVISED)   7-9367



  

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS MADE ... hereby authorize the repair work herein-after set forth to be done and with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in cars in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts ... by the supplier or in ... I hereby grant you and/or employees permission to operate the vehicle herein described for purposes of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above ... to secure the amount of repairs thereto. Payable in Swath County Texas

Notice Pursuant to 5/2/007 Texas Property Code
... with the person or agent acting on behalf of the person who is designated to pay for the repair of the motor vehicle listed in ... repair contract. I understand that this vehicle is subject to repossession or superliens with §9.503 Texas Business and Commercial Code if a written order for payment for repair on the vehicle is stopped, dishonored because of insufficient funds, no funds, ... because the drawer or maker of the order has no account or the account on which it is drawn has been closed

X _____
Signature of Person Responsible or Agent for Person Responsible

**FRUIA**
M O T O R S

P.O. Box 3230 • 2645 Barnard Rd. • P.O. Box 3230 • Phone (956) 541-3141 • Fax (956) 548-6492
**BROWNSVILLE, TEXAS 78523-3230**

| CUSTOMER NO | | ADVISOR | | | TAG NO | INVOICE DATE | INVOICE NO |
|---|---|---|---|---|---|---|---|
| 2794 | | FLORESTELLA HERNAN 58 | | | 4125 | 02/20/98 | PNCB18086 |
| | | LABOR RATE | LICENSE NO | | MILEAGE | COLOR | STOCK NO |
| RICHARD LAW O NUNEZ | | | | | 72825 | 1 | |
| 144 E PRICE RD | | YEAR / MAKE - MODEL | | | | DELIVERY DATE | DELIVERY MILES |
| | | 86/PONTIAC/TRANS PO | | | | 08/31/85 | 14 |
| | | VEHICLE ID NO | | | | SELLING DEALER NO | PRODUCTION DATE |
| BROWNSVILLE, TX 78521 | | 1GMDU06L4ST244125 | | | | | |
| | | F T E NO | | P O NO | | R C DATE | |
| | | | | | | 02/05/98 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | | |
| 550-8380 | 541-3502 | | | | | | |

TOTALS ...................................................

```
*******************************************
*                                         *
* [ ] CASH   [ ] CHECK    CK NO. [    ]    *
*                                         *
* [ ] VISA  [ ] MASTERCARD  [ ] DISCOVER  *
*                                         *
* [ ] AMER XPRESS  [ ] OTHER  [ ] CHARGE  *
*                                         *
*******************************************
```

THANK YOU FOR YOUR BUSINESS!!

------------------------------------
        CUSTOMER SIGNATURE

| | |
|---|---|
| TOTAL LABOR.. | 1525.00 |
| TOTAL PARTS.. | 2386.10 |
| TOTAL SUBLET. | 275.43 |
| TOTAL G.O.G.. | 275.00 |
| TOTAL MISC... | 5.00 |
| TOTAL TAX.... | 219.54 |
| TOTAL INVOICE $ | 4686.07 |

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items

This invoice is the 2nd part of the original service requested. Necessary parts and/or labor are listed for each service requested. Should questions arise they can best be answered by our service advisor that waited on you. Thank you for your confidence in allowing us to service your car. All non GM parts and labor warranted for 90 days or 4,000 miles. All GM parts are warranted by Goodwrench 12 months or 12,000 miles

**Luke Fruia Motors**
**Service Department**

Copyright © 1996 The Reynolds and Reynolds Company - FRA-PRESENT PX001-



  

# FRUIA MOTORS

P.O Box 3230 • 2645 Barnard Rd. • P.O. Box 3230 • Phone (956) 541-3141 • Fax (956) 546-6492

**BROWNSVILLE, TEXAS 78523-3230**

X _____
Signature of Person Responsible or Agent for Person Responsible

TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE. I hereby authorize the repair work hereunder set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipment by the supplier or transporter. I hereby grant you and/or employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on vehicle to secure the amount of repairs thereto. Payable in Smith County, Texas.

Notice Pursuant to §70.00 Texas Property Code

I am the person or agent acting on behalf of the person who is obligated to pay for the repair of the motor vehicle (subject to a repair contract. I understand that this vehicle is subject to repossession in accordance with §9.503 Texas Business and Commerce Code. If a written order for payment for repair on the vehicle is stopped, dishonored because of insufficient funds, no funds because the drawer or maker of the order has no account on the account on which it is drawn has been closed.

| CUSTOMER NO. | | ADVISOR | | TAG NO. | INVOICE DATE | | INVOICE NO. |
|---|---|---|---|---|---|---|---|
| 2794 | | FLORESTELLA HERNAN 58 | | 4125 | 03/25/98 | | FNCB17624 |

RICHARD LAW Q NUNEZ
144 E PRICE RD

BROWNSVILLE TX 78521

| LABOR RATE | LICENSE NO. | MILEAGE | COLOR | STOCK NO. |
|---|---|---|---|---|
| | | 0 | | |

| YEAR/MAKE/MODEL | DELIVERY DATE | DELIVERY MILES |
|---|---|---|
| 95/PONTIAC/TRANS PO | 03/01/95 | 14 |

| VEHICLE I.D. NO. | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|
| 1G MDU06L4ST244125 | | |

| F T E NO | P O NO | R | 03/17/98 |
|---|---|---|---|

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|
| 550-8080 | 541-8602 | |

```
*********************************************************
*  INS. CO. :                ADJUSTR          APPRSR
*  INS. PH. :                POLICY#:          CLAIM#:
*********************************************************
```

LABOR

| J#1 | 96PNZ01 | GENERAL BODY REPA | BODY LABOR HOURS: | 1.50 | TECHS: 13 | 45.00 |
|---|---|---|---|---|---|---|
| | | | PAINT LABOR HOURS: | 0.00 | TECHS: | 0.00 |

RT FRT WHEEL HITS AGAINST FINER LINER AT SHARP TUEN TO RT
LOWER CONTROL ARM BENT
REPLACED RT LOWER CONTROL ARM

TOTAL LABOR    45.00

PARTS   QTY   FP NUMBER   DESCRIPTION   UNIT PRICE
JOB#1     1   GM10273538   ARM          224.45   224.45

TOTAL PARTS    224.45

PAINT MATERIALS
JOB#1

TOTAL PAINT MATERIALS   0.00
                        0.00

TOTALS

```
*********************************************************
*  [ ] CASH          [ ] CHECK       CK NO [ ]      *   TOTAL LABOR      45.00
*  [ ] VISA          [ ] MASTERCARD                 *   TOTAL PARTS     224.45
*  [ ] AMERICAN EXPRESS  [ ] DISCOVER               *   TOTAL SUBLET      0.00
*  [ ] OTHER         [ ] CHARGE                     *   TOTAL GOG         0.00
*********************************************************   TOTAL MISC       0.00
                                                           TOTAL TAX       18.52
THANK YOU FOR YOUR BUSINESS                                 TOTAL INVOICE   287.97
                                                           DEDUCTIBLE
                                    CUSTOMER AMOUNT DUE (INCLUDING DEDUCTIBLE)   287.97
                                    INSURANCE AMOUNT DUE     0.00
```

220 F

_____
CUSTOMER SIGNATURE

STATEMENT OF DISCLAIMER

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

This invoice is the 2nd part of the original service requested. Necessary parts, and/or labor are listed for each service requested. Should questions arise, they can best be answered by our service advisor that waited on you. Thank you for your confidence in allowing us to service your car. All non GM parts and labor warranted for 30 days or 4,000 miles. All GM parts are warranted by Goodwrench 12 months or 12,000 miles.

**Luke Fruia Motors**

**Service Department**

Copyright © 1985 The Reynolds and Reynolds Company  LAW-INV-3MM  FNB17