5

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GUADALUPE I. MORAN, | § § § | |
| Plaintiff(s), | § § | |
| v. | § | CIVIL ACTION NO. B-99-007 |
| | § | |
| JORGE ALBERTO GONZALEZ and UNITED STATES BORDER PATROL, | § § § | |
| Defendant(s). | § § | |

## ORDER

BE IT REMEMBERED that on October 22nd, 1999, the Court considered Plaintiff's motion for default (Dkt. No. 4). For the following reasons the motion is DENIED.

Neither Defendant GONZALEZ nor Defendant UNITED STATES BORDER PATROL has been properly served under Rule 4 (i) of the Federal Rules of Civil Procedure. Defendant's motion is therefore DENIED.

The Court ORDERS Plaintiff to serve Defendant within 60 days.

FURTHERMORE, Plaintiff's counsel is instructed to comply with Local Rule 2 (C)(1)(c), requiring that attorneys-in-charge supply their federal bar number under the signature line on each pleading filed with the Court. All future pleadings not in compliance will be stricken.

DONE at Brownsville, Texas, this _20_ day of October 1999.

_____
Hilda G. Tagle
United States District Judge