IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
RECEIVED
JAN 1 2 2000
Michael N. Milby, Clerk of Court

GUADALUPE I. MORAN

VS.  CIVIL ACTION NO. B-99-007

UNITED STATES BORDER PATROL,
IMMIGRATION AND NATURALIZATION
SERVICE AND JORGE ALBERTO GONZALEZ

### PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOW COMES** Guadalupe I. Moran (hereinafter referred to as "Plaintiff"), complaining of the United States of America (hereinafter referred to as "Defendant"), and in support hereof, Plaintiff would show the Court as follows, to wit:

I.

Plaintiff is a resident of Cameron County, Texas.

II.

Defendant may be served pursuant to F.R.C.P. 4(i) by serving the summons and a copy of the Complaint upon Mervyn Mosbacker, United States Attorney, Attn.: Civil Division Process Clerk, 910 Travis St., Ste. 1500, Houston, Texas 77002. A copy of the summons and Complaint shall also be mailed by certified mail, return receipt requested to: (1) Janet Reno, United States Attorney General, Washington, D.C.; and (2) Jennifer Nelson Lee, U.S. Department of Justice Immigration and Naturalization Service/Border Patrol, Southern Regional Office, 7701 N. Stemmons Freeway, Dallas, Texas 75247.

C./RJWN/LP/MORAN.PET

## III.

This Court has jurisdiction over the parties and the subject matter of this lawsuit in that the subject of this lawsuit involves an automobile accident which occurred in Cameron County, Texas involving one vehicle owned and operated by the Defendant in Cameron County, Texas.

## IV.

Prior to filing this suit, the Plaintiff presented her claims administratively to the Defendant. The Defendant, by a letter dated July 14, 1998, denied the Plaintiff's claims in their entirety leaving the Plaintiff no alternative but to file this suit. Plaintiff has complied with all prerequisites of law required to bring this action.

## V.

On or about January 26, 1998, Guadalupe I. Moran was operating a motor vehicle, in Cameron County, Texas, in a reasonable and prudent manner, exercising ordinary care for her safety, and the safety of others when Plaintiff was involved in a collision with a 1997 Ford Expedition, which was operated by Defendant, Jorge Alberto Gonzalez and owned by Defendant. The accident was a direct and proximate result of the Defendant acting by and through its agent and employee, Jorge Alberto Gonzalez, who was then acting within the course and scope of this employment with Defendant. As a direct and proximate result of the negligence of the Defendant acting through its employee, the Plaintiff has suffered injuries and damages in an amount in excess of the minimum jurisdictional limits of this Court. The resulting collision with Plaintiff's motor vehicle resulted in substantial physical injuries to Plaintiff's person and extensive damage to Plaintiff's property.

## VI.

As a direct and proximate result of the negligence of Jorge Alberto Gonzalez, while in the course and scope of his employment with the United States Border Patrol, the Plaintiff has sustained numerous physical injuries and damages for which she seeks judgment of and from the Defendant herein in an amount in excess of the minimum jurisdictional limits of this Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the Defendant be cited to answer and appear herein, and after final trial hereof, that the Court grant Plaintiff judgment of and from the Defendant in an amount in excess of the minimum jurisdictional limits of this Court. Plaintiffs further seek such other and further relief, general and special, legal or equitable, as the Plaintiff may show the Court she is justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF**
**RICHARD J. W. NUNEZ**
**144 E. Price Road**
**Brownsville, Texas 78521**
**956/541-8502 (Tel.)**
**956/541-8623 (Fax)**

By: _____
**RICHARD J. W. NUNEZ**
**Federal I.D. #1049**
**State Bar No. 15134600**

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

C:/RJWN/LP/MORAN.PET