# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☒ Nicolas    ☐ Koerner |

DATE: 1 / 20 / 00

TIME: 9:45 a.m.

CIVIL ACTION: B — 99 ~~98~~ — 007

STYLE: Moran versus Gonzalez

DOCKET ENTRY    ☐ Status Conference    ☒ Initial Pre Trial Conference

(HGT)    ☐ Hearing; ____ day    ☐ Bench or ☐ Jury Trial    (Rptr. Breck Record)

_Michael Nuñez_ _____ for ☒ Ptf. # ____    ☐ Deft. # ____
_____ for ☐ Ptf. # ____    ☐ Deft. # ____
_____ for ☐ Ptf. # ____    ☐ Deft. # ____
_____ for ☐ Ptf. # ____    ☐ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics:

_____
_____
_____

☐ Motions taken under advisement: _____
☐ Order to be entered.

1. Initial pretrial conference is reset for a date not to exceed 90 days.

*[Filed stamp: United States District Court, Southern District of Texas, FILED JAN 20 2000, Michael N. Milby, Clerk of Court]*