*/0*

United States District Court
Southern District of Texas
ENTERED

APR 12 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

GUADALUPE I. MORAN             *

    VS                         *   C.A. NO. B99 007

UNITED STATES BORDER PATROL,   *
ET AL


## ORDER SETTING INITIAL PRETRIAL CONFERENCE

An initial pretrial conference hearing in above-captioned and numbered cause of action is hereby scheduled for **April 24, 2000,** at **2:00 p.m.**

Local Rule 2C sets forth certain information required of those signing pleadings.  Please comply with this rule.

DONE at Brownsville, Texas, this **11th** day of **April 2000.**

Felix Recio
United States Magistrate Judge
2nd Floor, Courtroom No. 1
600 E. Harrison
Brownsville, TX  78520
956/548-2701