11

United States District Court
Southern District of Texas
FILED

APR 12 2000

Michael N. Milby
Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

GUADALUPE MORAN,

Plaintiff,

v.

UNITED STATES BORDER PATROL, IMMIGRATION & NATURALIZATION SERVICE, and JORGE ALBERTO GONZALEZ,

Defendants.

CIVIL ACTION NO. **B-99-007**

**FRCP 16(b)(6) MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COME the United States Border Patrol, Immigration and Naturalization Service, and Jorge Alberto Gonzalez ,"Defendants" hereinafter, by and through their attorney, Mervyn M. Mosbacker, the United States Attorney for the Southern District of Texas, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to Dismiss the Complaint and in support thereof states as follows:

1. On July 14, 1998, the Immigration and Naturalization Service mailed by certified mail with return receipt to Plaintiff's counsel a final denial of Plaintiff's administrative claim. A copy of the final denial letter is attached herein as exhibit #1; also see Plaintiff's Complaint, paragraph IV.

2. On January 12, 2000, approximately 18 months after denial of the administrative claim, Plaintiff filed the present Complaint with the United States District Court.

ClibPDF - www.fastio.com

3. On February 11, 2000, a month after filing the Complaint, the Plaintiff served the United States Attorney for the Southern District of Texas with a Summons and copy of the Complaint. A copy of the served summons is attached herein as exhibit #2.

4. Section 2401(b), Chapter 28, of the United States Code states as follows:

> A tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues or unless action is begun within six months after the date of mailing, by certified or registered mail, of notice of final denial of the claim by the agency to which it was presented." (emphasis added). 28 U.S.C.A. §2401(b) (West 1999).

5. A claimant must file a complaint and serve a summons upon the United States Attorney within six months from the date an administrative agency mails a notification letter denying the claimant's administrative claim. The six month statute of limitations runs from the day after the notification letter is mailed through the day before that same calendar date six months later. Vernell ex rel. Community Estate and Vernell v. United States Postal Service, 819 F.2d 108 (5th Cir. 1987).

6. The Federal Tort Claims Act and its statute of limitations provides a limited waiver of sovereign immunity that restrains federal court jurisdiction, is strictly construed in favor of the government, and cannot be extended for equitable considerations. Dunn-McCampbell Royalty Interest, Inc. v. National Park Service, 112 F.3d 1283 (5th Cir. 1997); Johnston v. United States, 85 F.3d 217 (5th Cir. 1996); Vernell ex rel. Community Estate and Vernell v. United States Postal Service, 819 F.2d 108 (5th Cir. 1987).

7. In the present case, Plaintiff filed her Complaint on January 12, 2000, and served the United States Attorney on February 11, 2000, approximately nineteen months after the Immigration and Naturalization Service mailed by certified mail the final denial of the administrative claim on July 14, 1998.

ClibPDF - www.fastio.com

8. The Plaintiff failed to meet the six month statute of limitations required by the Federal Tort Claims Act, Section 2401(b), Chapter 28, of the United States Code.

9. This Honorable Court is without jurisdiction to hear this case and should dismiss the Complaint with prejudice.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Honorable Court grant their motion , dismiss Plaintiffs' Complaint with prejudice, and grant any other relief deemed appropriate.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: ______________________________

Jose Vela Jr.
Assistant United States Attorney
Illinois State Bar No. 6210323
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618-8010
(956) 618-8016 (fax)

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was served on this date by certified mail, postage prepaid, addressed as follows:

Richard J.W. Nunez
144 E. Price Road
Brownsville, TX 78521

Attorney for the Plaintiff

11 April 00
DATED

Jose Vela Jr.
Assistant United States Attorney

ClibPDF - www.fastio.com



U.S. Department ustice
Immigration and Naturalization Service

*7701 N. Stemmons Freeway*
*Dallas, Texas 75247*

July 14, 1998

CERTIFIED, RETURN RECEIPT REQUESTED

Richard J.W. Nunez, L.L.P.C.
144 E. Price Road
Brownsville, Texas 78521

Re: Administrative Tort Claim
Your Client: Guadalupe I. Moran
DOA: 1/26/98
Our File: ACD 10/16.2.164 (98)

Dear Mr. Nunez:

This office is in receipt of your Claim for Damage, Injury or Death (Standard Form 95) under the Federal Tort Claims Act.

A previous claim submitted by Ms. Moran was denied on June 26, 1998 (copy attached).

We have carefully reviewed your claim as well as the applicable law and regulations. Pursuant to this review, your claim is hereby administratively denied.

This determination represents final administrative consideration on this claim. If the decision is unsatisfactory, you may file suit in the appropriate United States District Court not later than six months after the date of the mailing of this notice.

Sincerely,

Barbara Blessing

Barbara Blessing, Director
Administrative Center, Dallas

Exhibit # 1

ClibPDF - www.fastio.com

SENDER:

3. Article Addressed to:

Ric[illegible] Nunez

Price Road

Brownsville, TX 78521

4a. Article Number

4b. Service Type

Registered | Insured

Certified | COD

Express Mail | Return Receipt for Merchandise

7. Date of Delivery

5. Signature (Addressee)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Agent)

PS Form 3811, December 1991

DOMESTIC RETURN RECEIPT

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION

GUADALUPE I. MORAN

V.

UNITED STATES BORDER PATROL
UNITED STATES IMMIGRATION AND NATURALIZATION

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-99-007

Served U.S. Attorney's Office
Date 2/11/00 Time ___ Initials ___

TO: (Name and address of defendant)

United States Immigration and Naturalization Service
Mervyn Mosbacker, United States Attorney
Bobby Barrett, LegalSecretary; Gertrude Nelson, Legal Secretary; Shirley Carr, Legal Secretary; Sylvia Flores, Legal Secretary; Donna Storey, Legal Secretary; Peggie Guillory, Legal Secretary; & Marianne Dombroski
910 Travis St., Suite 1500, Houston, Texas 77002

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within ~~30~~ 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk
CLERK

1-12-00
DATE

(BY) DEPUTY CLERK

Exhibit #2

ClibPDF - www.fastio.com

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

______________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______________________

______________________

☐ Returned unexecuted: ______________________

______________________

☐ Other *(specify)*: ______________________

______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
*Date* *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClibPDF - www.fastio.com