12

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

MOTION & ORDER
FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

APR 1 2 2000

Michael N. Milby
Clerk of Court

| Division | BROWNSVILLE | Action Number | B-99-007 |
|---|---|---|---|
| In re: GUADALUPE MORAN ||||
| *versus* ||||
| UNITED STATES BORDER PATROL, IMMIGRATION & NATURALIZATION SERVICE, and JORGE ALBERTO GONZALEZ ||||

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Jose Vela, Jr. |
| Firm | U.S. Attorney's Office |
| Street | 1701 W. Highway 83, Suite 600 |
| City & Zip Code | McAllen, Texas  78501-5159 |
| Telephone | (956) 618-8010 |
| Licensed: State & Number | Illinois #  6210323 |
| Admitted US District Court for: | Northern District of Illinois |

Seeks to appear as the attorney for this party:

| UNITED STATES BORDER PATROL, IMMIGRATION & NATURALIZATION SERVICE, and JORGE ALBERTO GONZALEZ ||
|---|---|
| Dated: 11 April 00 | Signed: [signature] |

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk [signature]

ORDER

This lawyer is admitted *pro hac vice*.

Signed on  4/18/00 , 2000.          [signature]

United States Magistrate Judge

SDTX AA-6 (8/98)