13

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 1 9 2000

| | | |
|---|---|---|
| GUADALUPE MORAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. B-99-007 |
| | ) | |
| UNITED STATES BORDER PATROL, | ) | |
| IMMIGRATION & NATURALIZATION | ) | |
| SERVICE, and JORGE ALBERTO | ) | |
| GONZALEZ, | ) | |
| | ) | |
| Defendants. | ) | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| SIGNATURE | PARTY REPRESENTED | DATE |
|---|---|---|
| /s/ | GUADALUPE MORAN | 4-13-00 |
| Jose Vela Jr. by /s/ | US BORDER PATROL | 4-13-00 |
| Jose Vela Jr. by /s/ | INS | 4-13-00 |
| Jose Vela Jr. by /s/ | JORGE ALBERTO GONZALEZ | 4-13-00 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge Felix Recio to conduct all further proceedings, including final judgment.

April 18, 2000
Date

/s/ Hilda G. Tagle
United States District Judge