# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION & ORDER
## FOR ADMISSION *PRO HAC VICE*

United States District Court
Southern District of Texas
FILED

APR 1 2 2000

Michael N. Milby
Clerk of Court

| Division | BROWNSVILLE | Action Number | B-99-007 |
|---|---|---|---|

| In re: GUADALUPE MORAN |
|---|
| *versus* |
| UNITED STATES BORDER PATROL, IMMIGRATION & NATURALIZATION SERVICE, and JORGE ALBERTO GONZALEZ |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| | |
|---|---|
| Name | Jose Vela, Jr. |
| Firm | U.S. Attorney's Office |
| Street | 1701 W. Highway 83, Suite 600 |
| City & Zip Code | McAllen, Texas 78501-5159 |
| Telephone | (956) 618-8010 |
| Licensed: State & Number | Illinois # 6210323 |
| Admitted US District Court for: | Northern District of Illinois |

Seeks to appear as the attorney for this party:

| UNITED STATES BORDER PATROL, IMMIGRATION & NATURALIZATION SERVICE, and JORGE ALBERTO GONZALEZ |
|---|
| Dated: 11 April 00    Signed: [signature] |

United States District Court
Southern District of Texas
ENTERED

APR 2 0 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk [signature]

### ORDER

This lawyer is admitted *pro hac vice*.

Signed on  4/18/00 , 2000.      [signature]
                                United States Magistrate Judge

SDTX AA-6 (8/98)

ClibPDF - www.fastio.com