16

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

**Felix Recio, Judge Presiding**
**Southern District of Texas, Brownsville Division**

APR 2 4 2000

Michael N. Milby
Clerk of Court

Law Clerk:        Ryan Church

Date:             April 24, 2000, 2:00 pm

---

## C.A. NO. B99 007 (636(c))

---

| | | |
|---|---|---|
| GUADALUPE MORAN | * | Richard J W Nunez |
| VS | * | |
| UNITED STATES BORDER PATROL | * | Jose Vela, Jr. |
| IMMIGRATION & NATURALIZATION SERVICE | * | " |
| JORGE ALBERTO GONZALEZ | * | " |

---

## INITIAL PRETRIAL CONFERENCE

Conference held with attorneys Nunez and Vela.

The Plaintiff shall response to Defendants' Rule 16 Motion to Dismiss by May 22, 2000. Hearing on set motion is set for May 30, 2000, at 2:00 p.m.

The parties agreed to scheduling dates. An order will be issued.