*17*

# UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

**APR 2 5 2000**

Michael N. Milby Clerk of Court
By Deputy Clerk

**GUADALUPE MORAN**                              §

              VS                                 §        CIVIL ACTION NO. B99 007

**UNITED STATES BORDER PATROL, ET AL**           §                 (636(c))

## SCHEDULING ORDER

1.    Trial: Estimated time to try: __2__ days.                 ☐ Bench    ☐ Jury

2.    New parties must be joined by:                                    NA
        *Furnish a copy of this scheduling order to new parties.*

3.    Hearing on Defendants' Motion to Dismiss set for 2:00 pm on:    **May 30, 2000**

4.    The plaintiff(s)' experts will be named with a report furnished by:    **July 24, 2000**

5.    The defendant(s)' experts must be named with a report furnished
      within 30 days of the deposition of the plaintiff(s)' expert.    **October 24, 2000**

6.    Discovery must be completed by:                                  **December 11,2000**
        *Counsel may agree to continue discovery beyond the deadline, but there will be
        no intervention by the Court.   No continuances will be granted because of
        information acquired in post-deadline discovery.*

7.    Motions will be filed by:                                       **January 11, 2001**

*************************************************************************************************

8.    Joint pretrial order is due:                                    **February 11, 2001**
        *The plaintiff(s) is responsible for filing the pretrial order on time.*

9.    Docket Call and final pretrial conference before Judge Recio    *12*
      is set for 1:30 p.m. on:                                        **March 11, 2001**
        *The case will remain on standby until tried.*

10.   The bench trial shall be set at the final pretrial conference.


      Signed **April 24, 2000**, at Brownsville, Texas.


                                        _____
                                                Felix Recio
                                        United States Magistrate Judge