

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 22 2000

Michael N. Milby
Clerk of Court

GUADALUPE I. MORAN

VS.   CIVIL ACTION NO. B-99-007

UNITED STATES BORDER PATROL,
IMMIGRATION AND NATURALIZATION
SERVICE AND JORGE ALBERTO GONZALEZ

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Guadalupe I. Moran (hereinafter referred to as "Plaintiff"), and file this, her response and opposition to Defendants' Motion to Dismiss and in support hereof, Plaintiff would show the Court as follows, to wit:

I.

The major factual premise in Defendants' Motion to dismiss, contained in Defendants' numbered paragraph 2 and which states that Plaintiff filed her complaint on January 12, 2000, is erroneous. In fact, as this Court's review of the instant file will show, the Plaintiff's Original Complaint was filed on January 12, 1999 - within the six month window following the July 14, 1998 denial of Plaintiff's claim by the Immigration and Naturalization Service. Plaintiff's First Amended Original Complaint was thereafter filed on January 12, 2000 in an effort to obtain proper service of process. As provided in *Vernell v. United States Postal Service*, 819 F.2d 108 (5th Cir. 1987) at page 110, "a plaintiff has a right to amend his pleading once as a matter of course at any time before a responsive pleading is served. *See* Fed.R.Civ.P. 15(a)."

II.

Defendants' assert further (in numbered paragraph 5 of Defendant's Motion to Dismiss) that "[a] claimant must file a complaint **_and_** serve a summons upon the United States within six months from the date of administrative agency mails a notification letter denying claimant's administrative claim." (**_Emphasis added_**.) "In a suit on a right created by federal law, filing a complaint suffices to satisfy the statute of limitations. *See West v. Conrail*, 481 U.S. 35, 39, 107 S.Ct. 1538, 1541, 95 L.Ed.2d 32 (1987)." **Henderson v. U.S.**, 116 S.Ct. 1638, 517 U.S. 654, 134 L.Ed.2d 880 at page 1641, footnote 2. As evidenced by the attached Exhibits "A" and "B" (copies of the Summons in a Civil Case served upon Defendants U.S. Border Patrol and Jorge Alberto Gonzalez, with certified mail return receipts signed by Rachel Dixon on behalf of U.S. Border Patrol and signed personally by Defendant Jorge Alberto Gonzalez, all defendants actually knew of Plaintiff's claim within the statutory six-month period of limitations.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this honorable Court deny Defendants' Motion to Dismiss and further prays for such other and further relief, general and special, legal or equitable, as the Plaintiff may show the Court she is justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF**
**RICHARD J. W. NUNEZ**
**144 E. Price Road**
**Brownsville, Texas 78521**
**956/541-8502 (Tel.)**
**956/541-8623 (Fax)**

C./RJWN/LP/MORAN bri

By: _____
RICHARD J. W. NUNEZ
Federal I.D. #1049
State Bar No. 15134600

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure on this the 22nd day of May, 2000, to wit:

Hon. Jose Vela, Jr.
Assistant United States Attorney
U.S. Department of Justice
1701 West Highway 83, Suite 600
Chase Bank Building, Bentsen Tower
McAllen, Texas 78501-516
**VIA TELECOPIER TO: 956/618-8016 and Certified Mail, R.R.R.**

_____
Richard J. W. Nunez
Attorney for GUADALUPE I. MORAN

C:/RJWN/LP/MORAN.bri

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS _____

| | |
|---|---|
| GUADALUPE I. MORAN<br><br>V.<br><br>JORGE ALBERTO GONZALEZ<br>AND U. S. BORDER PATROL | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER: B-99-007<br><br>United States District Court<br>Southern District of Texas<br>RECEIVED<br>JAN 27 1999<br>Michael N. Milby, Clerk of Court |

TO: (Name and address of defendant)

U. S. Border Patrol
7701 N. Stemmons Freeway, 8th Floor
Dallas, Texas 75247

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| MICHAEL N. MILBY<br>CLERK | January 13, 1999<br>DATE |
| *Irma A. Soto* (signature)<br>(BY) DEPUTY CLERK | |

EX "A"

| | |
|---|---|
| **SENDER:** <br>■ Complete items 1 and/or 2 for additional services. <br>■ Complete items 3, 4a, and 4b. <br>■ Print your name and address on the reverse of this form so that we can return this card to you. <br>■ Attach this form to the front of the mailpiece, or on the back if space does not permit. <br>■ Write *"Return Receipt Requested"* on the mailpiece below the article number. <br>■ The Return Receipt will show to whom the article was delivered and the date delivered. | I also wish to receive the following services (for an extra fee): <br>1. ☐ Addressee's Address <br>2. ☒ Restricted Delivery <br>Consult postmaster for fee. |

3. Article Addressed to:

U. S. Border Patrol
7701 N. Stemmons Freeway
8th Floor
Dallas, Texas 75247

4a. Article Number

P 095 365 999

4b. Service Type
☐ Registered      ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*
Rachel Dixon

6. Signature: *(Addressee or Agent)*
X Rachel Dixon

8. Addressee's Address *(Only if requested and fee is paid)*

PS Form 3811, December 1994      102595-98-B-0229      **Domestic Return Receipt**

---

P 095 365 999

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail *(See reverse)*

| Sent to | U.S. Border Patrol | |
|---|---|---|
| Street & Number | 7701 N. Stemmons Freeway 8th Floor | |
| Post Office, State, & ZIP Code | Dallas, Texas 75247 | |
| Postage | $ | .55 |
| Certified Fee | | |
| Special Delivery Fee | | |
| Restricted Delivery Fee | | 2.75 |
| Return Receipt Showing to Whom & Date Delivered | | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | | |
| TOTAL Postage & Fees | $ | 3.30 |
| Postmark or Date | 1-13-99 | |

Re: Guadalupe I. Moran

PS Form 3800, April 1995

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

GUADALUPE I. MORAN

V.

JORGE ALBERTO GONZALEZ
AND U. S. BORDER PATROL

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-99-007

TO: (Name and address of defendant)

JORGE ALBERTO GONZALEZ
P. O. Box 1067
Rio Hondo, Texas 78583

United States District Court
Southern District of Texas
RECEIVED
JAN 27 1999
Michael N. Milby, Clerk of Court

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard J. W. Nunez
144 E. Price Road
Brownsville, Texas 78521

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY

CLERK

January 13, 1999

DATE

*Irma A. Soto*

(BY) DEPUTY CLERK

EX. "B"

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit. --
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☒ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Jorge Alberto Gonzalez
P.O. Box 1067
Rio Hondo, Texas 78583

4a. Article Number
P 095 366 000

4b. Service Type
☐ Registered      ☐ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery  1-23-99

5. Received By: (Print Name)
Jorg A. Gonzalez

8. Addressee's Address (Only if requested and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994      102595-98-B-0229      Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

---

P 095 366 000

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| Sent to | Jorge Alberto Gonzalez |
|---|---|
| Street & Number | P.O. Box 1067 |
| Post Office, State, & ZIP Code | Rio Hondo, TX 78583 |
| Postage | $ .55 |
| Certified Fee | 2.75 |
| Special Delivery Fee | |
| Restricted Delivery Fee | 2.65 |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ 5.95 |
| Postmark or Date | 1-19-99  Re: Guadalupe I. Moran |

PS Form 3800, April 1995