#19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED / Entered

MAY 31 2000

Michael N. Milby, Clerk of Court

By: _____

```
GUADALUPE I. MORAN              *
                                *
     VS                         *     C.A. NO. B-99-007
                                *            (636(c))
UNITED STATES BORDER PATROL,    I
ET AL
```

## ORDER CANCELING HEARING

The hearing scheduled for May 30, 2000, on Defendants' Motion to Dismiss, in the above-captioned cause of action, is hereby **CANCELLED** since the parties have reached an agreement and resolved the Motion.

Done at Brownsville, Texas, this 26th day of May 2000.

_____
Felix Recio
United States Magistrate Judge
Federal Courthouse, Ste 203
600 E. Harrison
Brownsville, TX  78520
956/548-2701