IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GUADALUPE I. MORAN

VS.                                    CIVIL ACTION NO. B-99-007

UNITED STATES BORDER PATROL,
IMMIGRATION AND NATURALIZATION
SERVICE AND JORGE ALBERTO GONZALEZ

## PLAINTIFF'S DESIGNATION OF EXPERTS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOW COMES** Guadalupe I. Moran (hereinafter referred to as "Plaintiff"), and file this, her designation of Experts and in support hereof, Plaintiff would show the Court as follows, to wit:

### I.

Plaintiff designates the following health care professional as her expert in this cause:

DR. NANCY Z. ZIMMERMAN, D.C.
98 E. Price Road
Brownsville, Texas 78521
956/544-4413 Telephone

Said expert is expected to testify regarding the extent, nature and probable duration of the personal injuries suffered by Plaintiff in connection with subject automobile accident which forms the basis of Plaintiff's claims.

Attached hereto, marked Exhibit "A" and incorporated fully by reference herein, is a copy of the curriculum vitae of Plaintiff's designated expert.

Also attached hereto, marked Exhibit "A" and incorporated fully by reference herein, is a

C:/RJWN/LP/MORAN.exp

copy of the report of Dr. Nancy A. Zimmerman with regard to the personal injuries sustained by Plaintiff.

                                            Respectfully submitted,

                                            **LAW OFFICES OF**
                                            **RICHARD J. W. NUNEZ**
                                            **144 E. Price Road**
                                            **Brownsville, Texas 78521**
                                            **956/541-8502 (Tel.)**
                                            **956/541-8623 (Fax)**

**By:** _____
                                            **RICHARD J. W. NUNEZ**
                                            **Federal I.D. #1049**
                                            **State Bar No. 15134600**

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Federal Rules of Civil Procedure on this the _13_ day of _October_, 2000, to wit:

                                        Hon. Jose Vela, Jr.
                                Assistant United States Attorney
                                  U.S. Department of Justice
                            1701 West Highway 83, Suite 600
                            Chase Bank Building, Bentsen Tower
                                  McAllen, Texas 78501-516
        **VIA TELECOPIER TO: 956/618-8016 and Certified Mail, R.R.R.**

_____
**Richard J. W. Nunez**
**Attorney for GUADALUPE I. MORAN**