21

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 02 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| GUADALUPE MORAN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. **B-99-007** |
| UNITED STATES BORDER PATROL, IMMIGRATION & NATURALIZATION SERVICE, and JORGE ALBERTO GONZALEZ, | ) |
| Defendants. | ) |

## DEFENDANTS' FRCP 12(b) MOTION TO DISMISS & SUBSTITUTE (unopposed)

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

NOW COMES, the United States on behalf of the United States Border Patrol, Immigration & Naturalization Service and Jorge Alberto Gonzalez, defendants herein, by and through Mr. Mervyn Mosbacker, United States Attorney for the Southern District of Texas, and pursuant to Section 12(b)(2)&(6) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court to dismiss the complaint against the Department of the Treasury, United States Customs Service, U.S. Government, and Juan Jose Munoz, and substitute the United States of America as the proper defendant, and in support thereof states as follows:

1.  On January 12, 1999, Plaintiff filed her present complaint pursuant to the Federal Tort Claims Act ("FTCA"). The Plaintiff's Complaint alleges that on January 26, 1998, Jorge Alberto Gonzalez, a defendant herein, caused an automobile collision with the Plaintiff's vehicle in Brownsville, Texas. Furthermore, Plaintiff alleges that, at the time of the collision, Jorge Alberto Gonzalez was driving a government vehicle and acting within the scope of his

employment with the United States Border Patrol.

2. Under the Federal Tort Claims Act, the United States is the only proper party defendant for common law torts committed by federal employees acting within the scope of their office or employment as certified by the United States Attorney General or her designate. 28 U.S.C.§§ 2874, 2679(a), (b)(1), (d)(1) (1999). As the Fifth Circuit Court of Appeals has stated, "To sue successfully under the FTCA, a plaintiff must name the United States as the sole defendant." McGuire v. Turnbo, 137 F.3d 321, 324 (5th Cir. 1998).

3. In accordance with 28 U.S.C. § 2679(d)(1), the United States Attorney, for the Southern District of Texas has certified that Jorge Alberto Gonzalez was acting within the scope of his employment as an employee of the United States at the time of the incident out of which the present claim arose. By delegation of the United States Attorney General, The United States Attorney certifies this scope of employment. See 28 C.F.R. § 15.3, 15.3(A) (1999). The certified scope of employment is attached herein as Exhibit #1.

4. The undersigned counsel for Defendants has conferred with Richard Nunez, the attorney for the Plaintiff, and he has indicated he is not opposed to the Defendants' present Motion to Dismiss & Substitute in this cause of action.

WHEREFORE, the United States Border Patrol, Immigration & Naturalization Service and Jorge Alberto Gonzalez, defendants herein, pray that this Honorable Court enter an order dismissing this cause of action against them, substituting the United States of America and

allowing this action to proceed against the United States of America as the only proper party defendant, and providing any other relief the Court deems appropriate and just.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: _____
Jose Vela Jr.
Assistant United States Attorney
Federal ID# 25492
Illinois State Bar No. 6210323
1701 W. Hwy. 83, Suite 600
McAllen, Texas 78501
(956) 618-8010
(956) 618-8016 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Defendants' Motion to Dismiss was mailed via Certified Mail, Return-Receipt Requested to Richard J.W. Nunez, 144 E. Price Road, Brownsville, TX 78521, Texas on this the 31st day of JANUARY, 2001.

_____
Jose Vela Jr.
Assistant United States Attorney