22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 9 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUADALUPE MORAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. **B-99-007** |
| | ) (636(c)) |
| UNITED STATES BORDER PATROL, | ) |
| IMMIGRATION & NATURALIZATION | ) |
| SERVICE, and JORGE ALBERTO | ) |
| GONZALEZ, | ) |
| | ) |
| Defendants. | ) |

## ORDER

NOW COMING before this Court upon Defendants' Motion to Dismiss & Substitute pursuant to Section 12(b)(2)&(6) of the Federal Rules of Civil Procedure, and fully advised of the premises hereby finds that Jorge Alberto Gonzalez acted within the scope of his employment with the U.S. Border Patrol in the above-referenced matter, a common law tort action filed under the Federal Tort Claims Act. In accordance with 28 U.S.C. § 2679, this Court hereby orders as follows:

1. The cause of action against the United States Border Patrol, Immigration & Naturalization Service and Jorge Alberto Gonzalez is dismissed with prejudice;

2. The United States of America is hereby substituted as the only party-defendant; and

3. The caption for the named defendants shall be changed to read the "United States of America" alone as the proper party defendant.

DONE this 7th day of February, 2001 at Brownsville, Texas.

UNITED STATES MAGISTRATE JUDGE