IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE MORAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. B-99-007 |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

*United States District Court*
*Southern District of Texas*
*RECEIVED*
*FEB 05 2001*
*Michael N. Milby, Clerk of Court*

*United States District Court*
*Southern District of Texas*
*FILED*
*MAR 19 2001*
*Michael N. Milby*
*Clerk of Court*

## NOTICE OF SETTLEMENT AND MOTION TO DISMISS CAUSE WITH PREJUDICE

Plaintiff, GUADALUPE MORAN, and Defendant, UNITED STATES OF AMERICA, file this notice of settlement and motion to dismiss with prejudice and show the Court the following:

1. Plaintiff, Guadalupe Moran sued Defendant under the Federal Tort Claims Act, 28 U.S.C. §2674 and 28 U.S.C. §1346.

2. Pursuant to a settlement agreement reached on January 27, 2001, Plaintiff, Guadalupe Moran and Defendant move to dismiss the suit.

3. Defendant, who has appeared before this Court, agrees to the dismissal.

4. This dismissal is with prejudice.

Respectfully submitted,

_____
Richard J.W. Nunez
Texas Bar No. 15134600
Federal I.D. #1049
144 E. Price Road
Brownsville, TX 78521
956.541.8502
956.541.8623 (fax)

ATTORNEY FOR THE PLAINTIFF

MERVYN M. MOSBACKER
UNITED STATES ATTORNEY

BY: _____
JOSE VELA JR.
Assistant United States Attorney
Federal Bar No. 25492
Illinois State Bar No. 6210323
1701 W. Highway 83, Suite 600
McAllen, Texas 78501
tel: 956.618.8010
fax: 956.618.8016

ATTORNEY FOR THE DEFENDANT