24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GUADALUPE MORAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. B-99-007 |
| ) | (636(c)) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

### ORDER DISMISSING GUADALUPE MORAN'S CAUSE WITH PREJUDICE

Came to be considered the forgoing Motion to Dismiss Cause with Prejudice submitted by the Plaintiff, GUADALUPE MORAN and Defendant and after consideration:

IT IS THE ORDER of the Court that the above-styled and numbered cause of GUADALUPE MORAN is hereby DISMISSED with prejudice.

Signed this 28th Day of March, 2001.

_____
United States Magistrate Judge